311 So.2d 331

**Nell Davenport LONG**

**v.**

**BANKERS LIFE AND CASUALTY COMPANY, a corporation.**

**Civ. 359.**

Court of Civil Appeals of Alabama.

March 26, 1975.

HOLMES, Judge.

The prior decision of this court, 54 Ala. App. 604, 311 So.2d 324 (1974), has been

to this Court Judge Holmes of the Court of Civil Appeals for temporary service.

**729**

reversed for this court's failure to apply the correct standard for reviewing motion for summary judgment in the area of re-trial litigation after an appellate court's determination that a jury verdict was contrary to the great weight and preponderance of the evidence. The rationale of the Supreme Court's opinion and the correct standard to use is set out in its opinion, 293 Ala. 67, 311 So.2d 328 (1975).

It is apparent to this court that the distinguished trial judge used the same incorrect standard as did this court. We therefore reverse and remand for a determination by the trial judge in conformity with the Supreme Court's opinion.

Reversed and remanded.

WRIGHT, P. J., and BRADLEY, J., concur.